```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF OKLAHOMA

RAYMOND L. EDRINGTON,         )
an individual,                )
                              )
            Plaintiff,        )
                              )
v.                            )   Case No. CIV-16-563-KEW
                              )
FRANKLIN ELECTRIC CO., INC.,  )
a foreign corporation,        )
                              )
            Defendant.        )
```

### ADMINISTRATIVE CLOSING ORDER

This Court acknowledges the telephonic notification by Plaintiff's counsel announcing that this case has settled. In an effort to effectively manage this Court's calendar and prevent the unnecessary expenditure of resources by the Court and the parties, this case will be administratively closed pending the filing of the settlement documents in the case.

IT IS THEREFORE ORDERED that the Clerk administratively close this action in his records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation, order, or judgment, for any other purpose required to obtain a final determination of the proceedings, or for any purpose designated in the settlement agreement between the parties. But, in any event, Plaintiff shall submit a judgment, stipulation of dismissal, or other closing document no later than **OCTOBER 16, 2017**. Should Plaintiff fail to file one of these

documents by this date, the case will be deemed dismissed in its entirety.

    IT IS SO ORDERED this 14th day of September, 2017.

                                              _____
                                              KIMBERLY E. WEST
                                              UNITED STATES MAGISTRATE JUDGE