# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Raymond L. Edrington, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 16-CV-563-KEW |
| | ) |
| Franklin Electric Co., Inc., | ) |
| a foreign corporation, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Raymond L. Edrington, by and through his attorney of record, Charles C. Vaught of *Armstrong & Vaught, P.L.C.*, and the Defendant, Franklin Electric Co., Inc., by and through its attorney of record, Elaine R. Turner of *Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.*, and, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to a dismissal of all of Plaintiff's claims and causes of action in the above styled and numbered case with prejudice, each party to bear his or its own attorney's fees and costs.

Dated this 2nd Day of November, 2017.

APPROVED:

*/s/Charles C. Vaught*
Charles C. Vaught, OBA #19962
Armstrong & Vaught
2727 East 21st Street, Suite 505
Tulsa, OK 74114
918.582.2500 – Phone
918.583.1755 – Facsimile
cvaught@a-vlaw.com
***Attorney for Plaintiff, Raymond Edrington***

*/s/Elaine Turner*
*(Signed by Plaintiff's attorney with permission of Defendant's Attorney)*
Elaine R. Turner, OBA #13082
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
405.553.2828 – Phone
405.553.2855 – Facsimile
eturner@hallestill.com
***Attorney for Defendant, Franklin Electric Co.***